IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN E. ROBINSON<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS<br>in her official capacity as<br>SECRETARY OF EDUCATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.1:07-cv-01731<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE OF PROCESS - U.S. ATTORNEY GENERAL

I hereby certify under penalty of perjury that a copy of the Summons and Complaint in the above-captioned case was served on the United States Attorney General by certified mail, as evidenced by the attached receipt. Service on the U.S. Attorney General was effected on October 15, 2007, as evidenced by the attached receipt card.

Respectfully submitted,

*/s/ June*

June D.W. Kalijarvi, Esq.
DC Bar No. 183863
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, DC 20036
Tel: (202) 331-9260
FAX: (202) 331-9261

Counsel for Plaintiff

