IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN E. ROBINSON )
)
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 1:07-cv-01731
)
MARGARET SPELLINGS )
in her official capacity as )
SECRETARY OF EDUCATION )
)
)
Defendant. )
)

### AFFIDAVIT OF SERVICE OF PROCESS - DEFENDANT

I hereby certify under penalty of perjury that a copy of the Summons and Complaint in the above-captioned case was served on the Secretary, U.S. Department of Education certified mail, as evidenced by the attached receipt card.

Respectfully submitted,

_____
June D.W. Kalijarvi, Esq.
DC Bar No. 183863
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, DC  20036
Tel: (202) 331-9260
FAX: (202) 331-9261

Counsel for Plaintiff

