IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN E. ROBINSON | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.1:07-cv-01731 ) |
| MARGARET SPELLINGS<br>in her official capacity as<br>SECRETARY OF EDUCATION | ) ) ) ) |
| Defendant. | ) ) |

### AFFIDAVIT OF SERVICE OF PROCESS - U.S. ATTORNEY

I hereby certify under penalty of perjury that a copy of the Summons and Complaint in the above-captioned case was served on the United States Attorney for the District of Columbia by certified mail, as evidenced by the attached receipt. Service on the U.S. Attorney was effected on October 15, 2007, as evidenced by the attached receipt card.

Respectfully submitted,

/s/ June
June D.W. Kalijarvi, Esq.
DC Bar No. 183863
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, DC 20036
Tel: (202) 331-9260
FAX: (202) 331-9261

Counsel for Plaintiff

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number: 7160 3901 9842 9915 6707

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:

Jeffrey Taylor
US Attorney
555 4th Street, NW
Washington, DC 20530

A. Received by (Please Print Clearly): Earnit L Parks
B. Date of Delivery: OCT 15 2007
C. Signature: X
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

PS Form 3811, January 2005          Domestic Return Receipt

Robinson (Summons)