```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBIN E. ROBINSON,              )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 07-1731 RWR
                                )
MARGARET SPELLINGS,             )
   Secretary of Education,      )
                                )
          Defendant.            )
_____)
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for the Defendant in this action.

                                        Respectfully submitted,

                                        _____/s/___
                                        W. MARK NEBEKER, DC Bar #396739
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, DC 20530
                                        (202) 514-7230

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Praecipe has been made through the Court's electronic transmission facilities on this 15th day of November, 2007.

                                               /s/
W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230