UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN E. ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS,<br>  Secretary of Education,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1731 RWR<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

    Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Amended Complaint up to and including December 21, 2007. Plaintiff's counsel could not be reached by telephone to determine her position on this motion.

    Defendant requests this additional time because the Assistant United States Attorney ("AUSA") assigned the matter has been working with agency counsel to complete the drafting of an answer in this action, but has not yet had time to complete that process. This is due, in part, to the fact that counsel has been called upon to complete another, more complicated filing on Monday, December 17, 2007, in an unrelated action. In addition, counsel has encountered some confusion in the drafting of the needed answer, apparently due to the fact that the initial draft

Friday to resolve these matters and file the needed answer.

WHEREFORE, the defendant requests an enlargement of time in this matter.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney