UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN E. ROBINSON,<br><br>      Plaintiffs,<br><br>      v.<br><br>MARGARET SPELLINGS,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1731 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, as counsel of record for the defendant in this action and withdraw Assistant United States Attorney, William Mark Nebeker as counsel of record for the defendant in this action.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2008, I caused the foregoing Substitution of Counsel to be served on counsel for plaintiff by the court's Electronic Case Filing System (ECF).

**JUNE DOROTHY KILIJARVI**
KILIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W.
Suite 610
Washington, D.C. 20036

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309