**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBIN E. ROBINSON, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|     v. | )Civil Action No. 07-1731 RWR |
| | ) |
| MARGARET SPELLINGS, | ) |
|   Secretary of Education, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

**CONSENT MOTION FOR LEAVE OF COURT TO CONTINUE DISCOVERY PERIOD**
**AND TO MODIFY SCHEDULE**

Pursuant to this Court's February 11, 2008 Scheduling Order the parties move for Leave of Court to continue the discovery period. Currently, the discovery period for this case is scheduled to close on September 5, 2008. Plaintiff has conferred with Defendant pursuant to Local Civil Rule 7(m). The parties agree that discovery should be allowed to continue <u>until October 10, 2008</u>.

Furthermore, the parties respectfully request that dispositive motions be due December 1, 2008, that any opposition thereto be due January 15, 2009.

Last, parties currently have a "post-discovery status conference" scheduled for September 8, 2008 at 9:45 a.m. Plaintiff requests to proceed with this conference. In light of the proposed discovery schedule, the parties jointly request that this conference be converted into a status conference and that no settlement authorities be required to attend.

Therefore, the parties respectfully request that the discovery period be continued until October 10, 2008, the motions schedule be modified as described above, and that a status conference be held on September 8, 2008 at 9:45 a.m.

Respectfully Submitted,

June D.W. Kalijarvi, Esq.
DC Bar # 183863
Kalijarvi, Chuzi & Newman
1901 L Street, N.W.
Suite 610
Washington, DC  20036
Tel: (202) 331-9260
Fax: (866) 452-5789

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN E. ROBINSON,                      )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 ) Civil Action No. 07-1731 RWR
                                        )
MARGARET SPELLINGS,                     )
   Secretary of Education,              )
                                        )
          Defendant.                    )
_____ )

ORDER

Upon consideration of the Consent Motion for Leave of Court to Continue Discovery Period and to Modify Schedule, it is hereby,

ORDERED that the Motion be and hereby is GRANTED; and it is further,

ORDERED that the discovery period shall close on October 10, 2008; and it is further,

ORDERED that dispositive motions shall be filed on December 1, 2008, any opposition thereto shall be filed on January 15, 2009; and it is further,

ORDERED that the parties shall have a status conference on September 8, 2008 at 9:45 a.m. and that no settlement authority shall be required to attend said conference.

SIGNED this ___ day of _____, 2008.


                              _____
                              RICHARD W. ROBERTS
                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August ___, 2008, I served Defendant with the Consent Motion for Leave of Court to Continue Discovery Period and to Modify Schedule by emailing a copy thereof to the following counsel:

Harry B. Roback
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov                                    By Email


Annette Labiano