UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN E. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1731 RWR |
| | ) |
| MARGARET SPELLINGS, | ) |
| Secretary of Education, | ) |
| | ) |
| Defendant. | ) |

### JOINT SUPPLEMENT TO CONSENT MOTION FOR LEAVE OF COURT TO CONTINUE DISCOVERY PERIOD AND TO MODIFY SCHEDULE

Pursuant to this Court's September 2, 2008 minute order, the parties hereby file this joint supplement to the Consent Motion to Extend the Discovery Period and to Modify Schedule. Currently, the discovery period for this case is scheduled to close on September 5, 2008. The parties agree that discovery should be allowed to continue until October 10, 2008. Furthermore, the parties respectfully request that dispositive motions be due December 1, 2008, and that any opposition thereto be due January 15, 2009.

Good cause exists for the Court to grant this modest extension of the discovery period. Specifically, the parties request the aforementioned modification in the discovery schedule for the following reasons:

1. The parties have actively engaged in discovery during the current discovery period. The parties exchanged initial disclosures on May 8; they propounded written discovery requests

– including interrogatories, documents requests and requests for admissions – on June 5 and July 8; and they provided responses to these requests as well as produced documents beginning on August 5. The parties are actively conferring about potential discovery disputes. They exchanged letters on August 14, 15, and 26, and they held a conference call on August 29 to see whether they could resolve these issues. The parties further expect to discuss these discovery issues again later this week. The parties have diligently tried to resolve their discovery disputes. They require, however, additional time to attempt to resolve their discovery disputes without Court intervention;

2. The parties presently have depositions scheduled for September 24, 2008, September 25, 2008 and October 7, 2008 (deposition of Plaintiff). These depositions were scheduled to accommodate the Department of Education witnesses' mandatory fiscal year-end "Impact Aid" office report deadlines;

3. The modification of the motions deadlines will allow sufficient time for the parties to prepare said motions after the completion of discovery. In sum, the parties are diligently engaged in discovery. The additional 30-day extension of the discovery period should provide the parties sufficient time to complete discovery.

4. Last, there currently is a "post-discovery status conference" scheduled for September 8, 2008 at 9:45 a.m. Plaintiff requests to proceed with this conference. In light of the

proposed discovery schedule, if the conference on September 8, 2008 is deemed necessary, the parties jointly request that this conference be converted into a status conference and that no settlement authorities be required to attend.

For the aforementioned reasons, the parties respectfully request that the discovery period be continued until October 10, 2008, the motions schedule be modified as described above, and that a "status conference" be held on September 8, 2008 at 9:45 a.m.

                        Respectfully submitted,

                        _____/s/_____
                        June D.W. Kalijarvi, Esq.
                        DC Bar # 183863
                        Kalijarvi, Chuzi & Newman
                        1901 L Street, N.W.
                        Suite 610
                        Washington, DC  20036
                        Tel: (202) 331-9260
                        Fax: (866) 452-5789
                        jkalijarvi@kcnlaw.com

                        _____/s/_____
                        Harry B. Roback, D.C. Bar # 485145
                        Assistant United States Attorney
                        United States Attorneys Office
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        Tel: 202-616-5309
                        harry.roback@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN E. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1731 RWR |
| | ) |
| MARGARET SPELLINGS, | ) |
| Secretary of Education, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Consent Motion for Leave of Court to Continue Discovery Period and to Modify Schedule and the parties Joint Supplement thereto, it is hereby,

ORDERED that the Motion be and hereby is GRANTED; and it is further,

ORDERED that the discovery period shall close on October 10, 2008; and it is further,

ORDERED that dispositive motions shall be filed on December 1, 2008, any opposition thereto shall be filed on January 15, 2009; and it is further,

ORDERED that the parties shall have a status conference on September 8, 2008 at 9:45 a.m. and that no settlement authority shall be required to attend said conference.

SIGNED this____ day of September, 2008.

_____
RICHARD W. ROBERTS
United States District Judge